O

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA MARIE SIKAT,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW KATE, et al.,<br><br>    Respondent. | Case No. SA CV 11-1035-JGB (SP)<br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: March 20, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE